IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                PLAINTIFF

V.                                        4:16CV00545 JM

STATE OF ARKANSAS,
ARKANSAS REHABILITATION
SERVICES, AMY JONES                                                          DEFENDANTS

### ORDER

Pending before this Court is the Plaintiff's motion to proceed in forma pauperis (ECF No. 1) and motion to appoint counsel (ECF No. 3). The motions are hereby referred to United States Magistrate Judge J. Thomas Ray for decision.

IT IS SO ORDERED this 2nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE