FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 22 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                          PLAINTIFF

VS.                       CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES          DEFENDANTS

## MOTION FOR MARTIAL SERVICE AND RESPONSE TO [005] ORDER TO PROVIDE ADDRESSES

Comes now, Plaintiff David A. Stebbins, who hereby submits the following Motion for Martial Service, while at the same time providing the addresses requested in Doc. 5 of this case.

1. Plaintiff is entitled to have service of process done by the U.S. Martial at taxpayer's expense. See Fed.R.Civ.P. 4(c)(3).

2. The State of Arkansas can be served through the Arkansas Attorney General, at the following address:

> Leslie Rutledge
> Attorney General's Office
> 323 Center Street, Suite 200
> Little Rock, Arkansas 72201

3. The Arkansas Rehabilitative Services can be served through co-Defendant Amy Jones, as she is the manager of that office.

4. Amy Jones can be served at the following address:

> Amy Jones, M.S., CRC

> District Manager, District 1
> Arkansas Rehabilitation Services
> 4058 N College, Suite 150
> Fayetteville, AR 72703

5. Please submit this case to the Martial for service as soon as possible. Thank you.

So requested on this, the 20th day of September, 2016.

> David Stebbins
> 123 W. Ridge St.,
> APT D
> Harrison, AR 72601
> 870-204-6516
> stebbinsd@yahoo.com