# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID A. STEBBINS                                          PLAINTIFF

V.              No. 4:16CV00545-JM

STATE OF ARKANSAS,
ARKANSAS REHABILITATION SERVICES,
and AMY JONES                                      DEFENDANTS

## ORDER

Plaintiff, who is proceeding *pro se* and *in forma pauperis* in this civil action, has provided mailing addresses for the Defendants as directed by the Court. *See Docs. 5 & 6*. The Clerk is directed to issue summonses for Defendants. The United States Marshal is directed to serve the summons and complaint on Defendants in this action without prepayment of costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 12th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE