# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID A. STEBBINS**                                                                                   **PLAINTIFF**

**v.**                                        **4:16CV00545 JM-JTR**

**STATE OF ARKANSAS,**
**ARKANSAS REHABILITATION**
**SERVICES, AMY JONES**                                                        **DEFENDANTS**

## ORDER

Pending are Plaintiff's objections to the order of United States Magistrate Judge J. Thomas Ray denying his motion to appoint counsel (Docket No. 7). The Court is treating this is a motion to appeal pursuant to Local Rule 72.1 of the United States District Court for the Eastern and Western Districts of Arkansas. "The standard of review applicable to an appeal of a magistrate judge's order on a nondispositive issue is extremely deferential." *Reko v. Creative Promotions, Inc.*, 70 F.Supp.2d 1005, 1007 (D.Minn.1999). The Court must affirm the order unless it is "clearly erroneous or contrary to law." 28 U.S.C. §36(b)(1)(A). The Court agrees with the decision of Judge Ray, and finds that it is neither erroneous nor contrary to the law. The order of September 15, 2016, is affirmed.

IT IS SO ORDERED this 24th day of October, 2016.

_____
James M. Moody Jr.
United States District Judge