# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVID A. STEBBINS**                                                              **PLAINTIFF**

**V.**                                  **4:16CV545 JM**

**STATE OF ARKANSAS, ARKANSAS**
**REHABILITATION SERVICES, AND**
**AMY JONES**                                                                      **DEFENDANTS**

## ORDER

Plaintiff asks the Court to order a "federally funded mediation" in his case. It is the Court's policy to refer parties for a settlement conference with a United States Magistrate Judge only if all parties are willing to participate and agree that a settlement conference would be beneficial. Defendants in this case were served with summons on October 20, 2016. (ECF No. 11, 12) and have not yet filed a responsive pleading. Therefore, the Court finds it premature to refer the case to a magistrate for settlement conference at this time.

Plaintiff's Motion (ECF No. 9) is denied without prejudice.

IT IS SO ORDERED this 3rd day of November, 2016.

_____
James M. Moody Jr.
United States District Judge