# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID A. STEBBINS**                                                                        **PLAINTIFF**

**v.**                           **NO. 4:16-CV-545-JM**

**STATE OF ARKANSAS, ARKANSAS**                           **DEFENDANT**
**REHABILITATION SERVICES, AND**
**AMY JONES**

## NOTICE OF APPEARANCE

Amber R. Schubert, Assistant Attorney General, hereby requests the Clerk of the Court enter her appearance on behalf of Defendants the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, and hereby requests copies of all future service and correspondence be sent to Amber R. Schubert, Assistant Attorney General.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

                                                       Respectfully submitted,

                                                       Leslie Rutledge
                                                       Attorney General

By:      /s/ Amber R. Schubert
             Amber R. Schubert
             Arkansas Bar No. 2009150
             Assistant Attorney General
             323 Center Street, Suite 200
             Little Rock, Arkansas 72201
             Telephone: (501) 682-2108
             Facsimile:  (501) 682-2591
             amber.schubert@arkansasag.gov

             *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Amber R. Schubert, Assistant Attorney General, do hereby certify that on November 10, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

      I, Amber R. Schubert, hereby certify that on November 10, 2016, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins  
123 W. Ridge St., Apt. D  
Harrison, Arkansas 72601

                                                  /s/  Amber R. Schubert  
                                                        Amber R. Schubert