# Amber Schubert

| | |
|---|---|
| **From:** | David Stebbins <stebbinsd@yahoo.com> |
| **Sent:** | Monday, November 14, 2016 1:41 PM |
| **To:** | Amber Schubert |
| **Subject:** | Ex parte filing of motion? |
| **Attachments:** | [018] Motion for Extension of Time and for Sanctions.pdf |

Hello, Ms. Schubert,

This is David Stebbins, *pro se* Plaintiff in Case No. 4:16CV00545-JM in the Eastern District of Arkansas.

What do you think you're doing, filing a motion to dismiss and never sending me a copy of that motion? I even tried calling you today, and nobody even picked up the phone!

Please find, attached, this Motion for Extension of Time and for Sanctions that I'll be sending to the Court today. I gave you a chance to explain yourself and you didn't even pick up the phone!

Sincerely,
David Stebbins

1