# Amber Schubert

| | |
|---|---|
| **From:** | Amber Schubert |
| **Sent:** | Monday, November 14, 2016 2:02 PM |
| **To:** | 'David Stebbins' |
| **Subject:** | RE: Ex parte filing of motion? |

Mr. Stebbins,

The motion to dismiss was mailed to you on Thursday, November 10, 2016, along with a copy of the notice of appearance as stated on the certificate of service on those documents. Attached is a scanned copy of those documents including the enclosure letter signed by me on November 10. Friday was a federal holiday and mail did not run on that day.

I do not have a voicemail message from you, or any other message that you tried to call me today. I do not oppose your request for an extension of time to respond to the motion to dismiss, but your motion for sanctions is unwarranted.

Sincerely,

**Amber R Schubert**
Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2081 | Fax: 501.682.2591
amber.schubert@arkansasag.gov | ArkansasAG.gov



---

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Monday, November 14, 2016 1:41 PM
**To:** Amber Schubert
**Subject:** Ex parte filing of motion?

Hello, Ms. Schubert,

This is David Stebbins, *pro se* Plaintiff in Case No. 4:16CV00545-JM in the Eastern District of Arkansas.

What do you think you're doing, filing a motion to dismiss and never sending me a copy of that motion? I even tried calling you today, and nobody even picked up the phone!

Please find, attached, this Motion for Extension of Time and for Sanctions that I'll be sending to the Court today. I gave you a chance to explain yourself and you didn't even pick up the phone!

Sincerely,
David Stebbins