# Amber Schubert

| | |
|---|---|
| **From:** | Amber Schubert |
| **Sent:** | Monday, November 14, 2016 2:12 PM |
| **To:** | 'David Stebbins' |
| **Subject:** | RE: Ex parte filing of motion? |
| **Attachments:** | 2016-11-10 Encl letter to PL re 14-16.pdf |

Mr. Stebbins,

I realized I failed to include the attachment on my last email. It is attached.

Sincerely,

**Amber R Schubert**
Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2081 | Fax: 501.682.2591
amber.schubert@arkansasag.gov | ArkansasAG.gov



---

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Monday, November 14, 2016 1:41 PM
**To:** Amber Schubert
**Subject:** Ex parte filing of motion?

Hello, Ms. Schubert,

This is David Stebbins, *pro se* Plaintiff in Case No. 4:16CV00545-JM in the Eastern District of Arkansas.

What do you think you're doing, filing a motion to dismiss and never sending me a copy of that motion? I even tried calling you today, and nobody even picked up the phone!

Please find, attached, this Motion for Extension of Time and for Sanctions that I'll be sending to the Court today. I gave you a chance to explain yourself and you didn't even pick up the phone!

Sincerely,
David Stebbins