# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID A. STEBBINS**                                                       **PLAINTIFF**

vs.                           No. 4:16CV545

**STATE OF ARKANSAS, ARKANSAS**
**REHABILITATION SERVICES, AND AMY JONES**            **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for extension of time to file a response to Defendants' motion to dismiss and for sanctions. Defendants have filed a response. After consideration of the motion, the response, and the applicable law, Plaintiff's motion (Document No. 18) is GRANTED in part and DENIED in part. Plaintiff is granted until December 5, 2016, to file his response to Defendants' motion to dismiss. The Court finds that sanctions are unwarranted based on the allegations in the motion and the attachments to the response; therefore, Plaintiff's motion for sanctions is denied.

IT IS SO ORDERED this 21st day of November, 2016.

_____
James M. Moody Jr.
United States District Judge