IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID A. STEBBINS**                                                                   **PLAINTIFF**

**v.**                          **NO. 4:16-CV-545-JM**

**STATE OF ARKANSAS, ARKANSAS**                                          **DEFENDANT**
**REHABILITATION SERVICES, AND**
**AMY JONES**

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## STATEMENT OF UNDISPUTED FACTS

COME NOW Defendants the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Amber R. Schubert, and for their Response to Plaintiff's Statement of Undisputed Facts, state as follows:

Plaintiff's motion for summary judgment is premature.  Defendants' Motion to Dismiss is currently pending before the Court.  Because no discovery has been conducted in this case Defendants are not able to properly respond to Plaintiff's alleged facts.  Therefore, Defendants deny each and every fact asserted in Plaintiff's Statement of Facts.

**WHEREFORE**, Defendants the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, pray that Plaintiff's Motion for Summary Judgment be denied, that their Motion to Dismiss be granted, and for all other just and proper relief to which they are entitled.

        Respectfully submitted,

        Leslie Rutledge
        Attorney General

By:   /s/ Amber R. Schubert
      Arkansas Bar No. 2009150
      Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 682-2081
      Facsimile:  (501) 682-2591
      amber.schubert@arkansasag.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Amber R. Schubert, Assistant Attorney General, do hereby certify that on December 29, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Amber R. Schubert, hereby certify that on December 29, 2016, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

        /s/ Amber R. Schubert