# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID A. STEBBINS**                                                                              **PLAINTIFF**

**V.**                                          **4:16CV545 JM**

**STATE OF ARKANSAS, ARKANSAS**
**REHABILITATION SERVICES, AND**
**AMY JONES**                                                                                       **DEFENDANTS**

### ORDER

This case is hereby referred to United States Magistrate J. Thomas Ray for consideration and determination of all pre-trial matters and for recommended disposition for the resolution of any dispositive matters.

IT IS SO ORDERED this 16th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE