IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                                                  PLAINTIFF

v.                                    NO. 4:16-CV-545-JM

STATE OF ARKANSAS, ARKANSAS                                               DEFENDANT
REHABILITATION SERVICES, AND
AMY JONES

## NOTICE OF APPEARANCE

Christine A. Cryer, Senior Assistant Attorney General, hereby requests the Clerk of the Court enter her appearance on behalf of Defendants the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones, and hereby requests copies of all future service and correspondence be sent to Christine A. Cryer, Senior Assistant Attorney General.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.


                                Respectfully submitted,

                                Leslie Rutledge
                                Attorney General

                        By:     /s/ Christine A. Cryer
                                Christine A. Cryer
                                Arkansas Bar No. 2001082
                                Sr. Assistant Attorney General
                                323 Center Street, Suite 200
                                Little Rock, Arkansas 72201
                                Telephone: (501) 683-0958
                                Facsimile:  (501) 682-2591
                                Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on May 26, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Christine A. Cryer, hereby certify that on May 26, 2017, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

/s/  Christine A. Cryer