**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DAVID A. STEBBINS                                                        PLAINTIFF

V.                              No. 4:16CV00545-JM-JTR

STATE OF ARKANSAS,
ARKANSAS REHABILITATION SERVICES,
and AMY JONES                                                        DEFENDANTS

## ORDER

Defendants' Motion to Substitute Counsel (*Doc. 49*) is GRANTED. Senior Assistant Attorney General Christine A. Cryer is hereby substituted as counsel of record for all Defendants.

IT IS SO ORDERED this 1st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE