FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 28 2017

JAMES W McCORMACK, CLERK
By: _____
                        DEP CLERK

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                    **PLAINTIFF**

**VS.**                          **CASE NO. 16-0545**

**AMY JONES, STATE OF ARKANSAS, AND**            **DEFENDANTS**
**ARKANSAS REHABILITATIVE SERVICES**

### MOTION FOR EXTENSION OF TIME

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion

for Extension of Time to respond to the Magistrate Judge's report and recommendation, entered

on June 20, 2017 in the above-styled action.

1.      The current deadline to file a response to it is July 5, 2017. I request an extension of

fourteen (14) days. I request to be allowed until July 19, 2017 to file my response to it.

2.      The reason I need this extension is because my computer is broken and currently in

repairs. To prove this, I am attaching an email between myself and the manufacturers of my

computer, an Ebay merchant by the name of Ascendtech, Inc., who also have a separate website:

http://www.ascendtech.us/ (remember that's "dot us," not "dot com").

3.      As you can see from this attached email, my computer's manufacturer has indeed

approved an RMA so I can have the computer repaired within warranty, thus proving that my

computer is indeed out of order.

4.      I shipped the computer back to them on the same day – June 19, 2017 – under the

tracking number 94 6121 0200 7934 3116 4199. If you enter that tracking number into USPS's

website, you can see that it only arrived in their city of Willoughby, OH on Monday, June 26,

2017, the same day this motion is being put in the mail. When I first invoked the warranty, I was

explicitly told that it would take between 1 and 3 days to completely repair the machine. Even

then, if it took a week for them to get the machine, I can only imagine it will take a similar length of time for them to ship it back to me.

5.      I had to go to my local library just to be able to type this one motion. But even if I could type my response to the Report & Recommendation at the library, there's one thing I absolutely must have my own computer for: The previous filings in this case. When I got anything from either the Court or the Defendants in this case, I didn't keep it; I scanned it to my computer and threw the paper copy away since I don't have a filing cabinet to store it in. My planned response to the Magistrate Judge's Report & Recommendation will require making callbacks to previous filings in this case. This means that I absolutely must be able to access my old hard drive, and for that, I need my computer back from Ascendtech.

6.      In light of these circumstances outside my control, I ask that I be given until July 19, 2017 to file my response to the Magistrate Judge's Report & Recommendation to the extend he recommends dismissal of the suit for damages against Amy Jones and denial without prejudice of my Motion for Summary Judgment.

7.      So requested on this, the 26th day of January, 2017.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com