UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

V.                              No. 4:16CV00545-JM-JTR

STATE OF ARKANSAS,
ARKANSAS REHABILITATION SERVICES,
and AMY JONES                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Docket No. 51) and the filed objections (Docket No. 54). After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Dismiss (Docket No. 15) is GRANTED in part and DENIED in part as follows:

   (a) Stebbins's disability-discrimination and retaliation claims under Title II and Title V of the Americans with Disabilities Act are allowed to PROCEED;

   (b) Stebbins's § 1983 retaliation claim against Defendant Amy

Jones for prospective injunctive relief is allowed to PROCEED;

    (c) Stebbins's § 1983 claim for damages against Defendant Amy Jones is DISMISSED; and

2. Stebbins's Motion for Partial Summary Judgment (Docket No. 25) is DENIED, WITHOUT PREJUDICE.

DATED this 27th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE