**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 03 2017
JAMES W. McCORMACK, CLERK
By:_____
DEP. CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

VS.                     CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES           DEFENDANTS

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion

for Leave to Amend Complaint in the above-styled action.

1.      There are no restrictions on the amount of times I may amend a complaint, as long as I

receive judicial approval to do so. Generally, courts are willing to allow the amendment of

pleadings if it would not substantially prejudice the other party. Since this case is going to

require a brand new scheduling order (see the recently-filed "Motion to Reset Scheduling Order"

for details), any potential for prejudice is inapposite. It is as if the case has just begin.

2.      I wish to sue the defendants the State of Arkansas and Arkansas Rehabilitative Services

for a violation of the Rehabilitation Act.

3.      The factual allegations for this new complaint are the same as those in the original

Complaint and Jury Demand (Doc. 2) in the above-styled action.

4.      The legal standards are also the same. See Gorman v. Bartch, 152 F. 3d 907, 912 (8th Cir.

1998) ("The ADA has no federal funding requirement, but it is otherwise similar in substance to

the Rehabilitation Act, and 'cases interpreting either are applicable and interchangeable.'").

5.      I also request the same relief, both injunctive relief and damages, including the punitive

damages requested in Paragraph 63 of the original Complaint and Jury Demand.

6.      This effectively allows us to simply pick up exactly where we left off. No adjustments to

12.     Not to worry, because the Defendants are indeed recipients of federal funding! In fact,

just like with the simultaneously-filed Motion for Joinder of Parties, the Court can take judicial

notice that the Defendants are recipients of federal funding!

13.     The Court can take judicial notice that every college and university that is owned and

operated by the State of Arkansas receives federal FAFSA funds to assist its students in paying

for their college educations. This means that the State of Arkansas is bound by the Rehabilitation

Act when dealing with any current or prospective college students.

14.     I also wish to allege that the Arkansas Rehabilitation Service is also a recipient of federal

funding. I will be able to find evidence to either support or rebut this assumption during

discovery in this case. However, even if ARS ends up not being a recipient of federal funding, its

parent company the State of Arkansas is. That one defendant is all I need to trigger the

applicability of the Rehabilitation Act and accomplish what I am currently trying to do, which is

eliminate any questions of sovereign immunity.

15.     According to AR Local Rule 5.5(e), a pro se litigant is expressly exempt from the

requirement of filing an Amended Complaint that is separate from the motion for leave to amend.

Therefore, is this motion is granted, I will let this document stand-in as the Amended Complaint.

16.     Wherefore, premises considered, I respectfully request that I be allowed to make this

amendment to the pleadings. So requested on this, the 2nd day of August, 2017.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com