UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS            PLAINTIFF

VS.          CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES        DEFENDANTS

## MOTION TO RESET SCHEDULING ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion to Reset the scheduling order (Doc. 22) issued by this Court.

1. In the initial scheduling order, this Court ordered the parties to have concluded discovery by August 4, 2017. Even assuming that I received the order adopting the Magistrate Judge's Report & Recommendation on the same day it was filed[1], that would have allotted the parties merely a single week to conduct discovery. The discovery phase of civil litigation usually lasts six months.

2. Because this Court, in a text-only order staying discovery (see Doc. 44), that means I was unable to conduct discovery.

3. I am honestly shocked that this Court didn't set a new scheduling order at the same time it issued the order adopting the Report & Recommendation. Did the Court just *forget* to do that?

4. I therefore ask that this Court do what it should have done in the first place,

---

[1] I only received it on July 31, 2017.

and issue a revised scheduling order, setting new deadlines, and most importantly, giving the parties the standard six months to conduct discovery.

5. So requested on this, the 1st day of August, 2017.

*David X [signature]*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com