IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                                           PLAINTIFF

v.                                    NO. 4:16-CV-545-JM

STATE OF ARKANSAS, ARKANSAS                                              DEFENDANT
REHABILITATION SERVICES, AND
AMY JONES

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS PLEADINGS AND FOR JOINDER OF PARTIES (D.E. 56 & 57)**

Come now the Defendants, the State of Arkansas, Arkansas Rehabilitation Services ("ARS"), and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response in Opposition to Plaintiff's Motion for Leave to Amend his Pleadings and for Joinder of Parties, state as follows:

1. On July 27, 2016, Plaintiff filed his original Complaint, in which he alleged the following:

    a. In November 2015, Plaintiff went to the Harrison branch of ARS and applied for funding to attend college at Arkansas Tech University in Russellville, AR; and

    b. In December 2015, he received a partial response from Amy Jones, an ARS Manager, denying his request and closing their file. (DE 2)

2. On August 4, 2017, Plaintiff filed a Motion for Leave to Amend Pleadings and for Joinder of Parties, in which he seeks to add 4 new defendants

(Arkansas Department of Higher Education, North Arkansas College, Tovanda Brown and Donna Wood) and new claims which cover a different time period (July 2017).

3. These claims are not intertwined, as Plaintiff alleges.

4. If Plaintiff wishes to pursue claims against the Arkansas Department of Higher Education, North Arkansas College, Tovanda Brown and Donna Wood, he should be required to file a new lawsuit.

WHEREFORE, Defendants respectfully request this Court dismiss Plaintiff's Complaint, with prejudice; or, in the alternative, transfer the case to the Western District of Arkansas.

                Respectfully submitted,

                Leslie Rutledge
                Attorney General

By:   /s/ Christine A. Cryer
       Christine A. Cryer
       Arkansas Bar No. 2001082
       Sr. Assistant Attorney General
       323 Center Street, Suite 200
       Little Rock, Arkansas 72201
       Telephone: (501) 683-0958
       Facsimile:  (501) 682-2591
       Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

    I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on August 17, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

    I, Christine A. Cryer, hereby certify that on August 17, 2017, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins  
123 W. Ridge St., Apt. D  
Harrison, Arkansas 72601

                                                     /s/ Christine A. Cryer