FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 25 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                              PLAINTIFF

VS.                    CASE NO. 4:16CV00545-JM

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES           DEFENDANTS

## CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

I, pro se Plaintiff David A. Stebbins, do hereby certify, under penalty of perjury, that my Renewed Request for Admissions, my Renewed Request for Production of Documents, and First Interrogatories, were all served on the Defendant on January 6, 2017 by mailing them to the Defendant's office at 323 Center St., Suite 200, Little Rock, AR 72201.

So notified on this, the 23rd day of August, 2017.

_____
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com