# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

V.                                          No. 4:16CV00545-JM-JTR

STATE OF ARKANSAS,
ARKANSAS REHABILITATION SERVICES,
and AMY JONES                                                                                    DEFENDANTS

## ORDER

Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery Requests (*Doc. 68*) is GRANTED. The deadline is extended to September 26, 2017.

IT IS SO ORDERED this 28th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE