IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                                    PLAINTIFF

v.                              NO. 4:16-CV-545-JM

STATE OF ARKANSAS, ARKANSAS                                          DEFENDANT
REHABILITATION SERVICES, AND
AMY JONES

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT (D.E. 79)

Come now the Defendants, the State of Arkansas, Arkansas Rehabilitation Services ("ARS"), and Amy Jones, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Response in Opposition to Plaintiff's Second Motion for Summary Judgment, state as follows:

1.      Defendants admit the allegations stated in paragraph 1(a) of the motion.

2.      Defendants deny the allegations, as stated, in paragraph 1(b) of the motion.

3.      If by "statutorily protected activities" Plaintiff is referring to his prior filing of lawsuits in paragraph 1(c), Defendants admit that Plaintiff voluntarily reported this information to Defendant Amy Jones during their December 8, 2015 telephone conversation.  Defendants are without sufficient information or knowledge of any other "statutorily protected activities" Plaintiff may be referring to, and would therefore deny same.

4. In response to paragraph 1(d), Defendants admit that on December 1, 2015, Plaintiff produced 13 pages of medical records which documented Plaintiff reporting he had been diagnosed with Asperger's and depression.

5. Defendants deny the allegations as stated in paragraphs 1(e), 1(f), 1(g), and 1(h) of the motion.

6. Defendants deny the allegations stated in paragraph 2 of the motion regarding "lost wages," as Plaintiff was not employed as of December 2015.

7. Defendants vehemently deny the allegations contained in paragraph 3 of the motion, and affirmatively state that Plaintiff has absolutely no evidence whatsoever to support his fallacious claim.

8. The statements in paragraph 4, including the sub-parts and sub-paragraphs, are directed to this Court, not the Defendants, thus no response is required. However, to the extent a response is required, Defendants deny same.

9. Defendants admit Plaintiff filed a "Statement of Undisputed Facts" with his Second motion for Summary Judgment, as stated in paragraph 5.

10. The statements in paragraph 6 do not call for either an admission or a denial from the Defendants

11. Defendants incorporate, by reference, their Brief in Support of their Response, which they are filing contemporaneously herewith, along with Defendants' Response to Plaintiff's Statement of Undisputed Facts as well as Defendants own Statement of Undisputed Material Facts.

12. Attached to their Response in Opposition, and incorporate by reference, are the following exhibits:

    A.    Various bates-numbered documents from Stebbins' ARS file;

    B.    Affidavit of Leslie Johnson;

    C.    Affidavit of Amy Jones;

    D.    Litigation documentation for lawsuits filed pre-December 17, 2015; and

    E.    Litigation documentation for lawsuits filed post-December 17, 2015.

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's motion, and for any and all other just and proper relief to which they may be granted.

Respectfully submitted,

Leslie Rutledge
Attorney General

By:   /s/ Christine A. Cryer
       Christine A. Cryer
       Arkansas Bar No. 2001082
       Sr. Assistant Attorney General
       323 Center Street, Suite 200
       Little Rock, Arkansas 72201
       Telephone: (501) 683-0958
       Facsimile: (501) 682-2591
       Christine.cryer@arkansasag.gov

## **CERTIFICATE OF SERVICE**

      I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on October 12, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

      I, Christine A. Cryer, hereby certify that on October 12, 2017, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

                                      /s/  Christine A. Cryer