IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                   PLAINTIFF

v.                      CASE NO. 4:16CV545 JM

STATE OF ARKANSAS, ARKANSAS                      DEFENDANTS
REHABILITATION SERVICES, AND
AMY JONES

## AFFIDAVIT OF LESLIE JOHNSON

I, Leslie Johnson, am competent to testify and have personal knowledge regarding the statements contained in this Affidavit, do hereby state and verify the following:

1. I am a Licensed Psychological Examiner.

2. I have a Bachelor's of Science in Psychology from Union University and a Master's of Science in Counseling Psychology from the University of Central Arkansas.

3. I have performed approximately 200+ record reviews for Arkansas Rehabilitation Services.

4. On December 15, 2015, at the request of Amy Jones, I conducted a records review on David A. Stebbins. The reason for my review was to assist in determining the feasibility of VR (vocational Rehabilitation) services/training.

5. I reviewed mental health treatment records from St. Bernard's Healthcare dated April 24 - 30, 2015.

1



6. The records indicated Mr. Stebbins was transferred to their facility from Northwest Arkansas Regional Medical Center after a suicide attempt. He received inpatient treatment at St. Bernard's from April 24 through April 30, 2015.

7. Upon discharge, his diagnoses were reported as: (a) major Depressive Disorder, recurrent, severe; (b) Asperger's Disorder' (c) Delusional Disorder NOS; and (d) Cluster B personality disorder traits (narcissistic and antisocial).

8. According to the records, Mr. Stebbins reportedly attempted suicide after he sued his father and lost. His records indicated he was arrested in 2011 for assaulting his father. They also indicated he was kicked out of the U of A for making threatening statements.

9. Treatment records indicated Mr. Stebbins felt he was chronically targeted by the government and law enforcement because he "has the brains to be a leader and change things." He acknowledged perseverative thoughts regarding this issue.

10. I conducted a search of public records to get more information regarding Mr. Stebbins' 2011 arrest for assaulting his father. Once I entered his name, a number of lawsuits came up. I looked at the lawsuits to determine whether or not he had any additional criminal charges. Upon review, I determined they were not criminal charges against him. Instead, they were lawsuits he had filed against his parents, Wal-Mart,

the U of A, and federal judges. I noted that the lawsuits were mainly civil rights and discrimination to accurately reflect the type of lawsuit and to document that they were not criminal.

11. I also reviewed some of the ARS Client Contact Notes created by ARS staff members and spoke with Amy Jones.

12. I documented a list of ways in which Mr. Stebbins observed or reported problem areas were likely to be manifested in a vocational setting. The list included:

- Impulsivity may result in poor choices in job environment;
- Depression may interfere with counseling/job interviews;
- May be source of distraction to co-workers;
- Difficulty assessing consequences of decision alternatives;
- Difficulty relating with instructors/students/co-workers;
- Difficulty performing work tasks which involve people;
- Difficulty changing behavior to meet requirements;
- Emotional intensity may interfere with task performance; and
- Conflicts may preclude adequate task performance.

13. These vocational implications did not mean Mr. Stebbins could never join the workforce; however, as of December 2015, they meant that Mr. Stebbins was exhibiting behaviors that could have significantly interfered with is ability to successfully secure and maintain employment.

14. Upon the completion of my review, I prepared conclusions and recommendations. I forwarded my conclusions and recommendations to Amy Jones.

15. That was the extent of my involvement with Mr. Stebbins' file.

FURTHER AFFIANT SAYETH NOT.

*/s/ Leslie Johnson*
LESLIE JOHNSON

ACKNOWLEDGMENT

STATE OF ARKANSAS )
                  ) ss
COUNTY OF Washington )

Subscribed and sworn to before me, a Notary Public, on this 9th day of October, 2017.

*/s/ Karla Yochum*
Notary Public

My Commission Expires:

```
KARLA SUE YOCHUM
NOTARY PUBLIC – ARKANSAS
WASHINGTON COUNTY - #12367515
My Comm. Expires Sept. 9, 2018
```