UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID A. STEBBINS                                                                             PLAINTIFF

V.                                         No. 4:16CV00545-JM-JTR

STATE OF ARKANSAS,
ARKANSAS REHABILITATION SERVICES,
and AMY JONES                                                                              DEFENDANTS

## ORDER

On July 27, 2017, the Court adopted the Recommended Partial Disposition of the United States Magistrate Judge, which recommended denying in part and granting in part Defendants' Motion to Dismiss and denying Plaintiff's Motion for Partial Summary Judgment. *(Doc. 55)*. In doing so, the Court considered Plaintiff's objections and made a *de novo* review of the record. The Court was not required to make specific Findings of Fact and Conclusions of Law. *See Garcia v. City of Albuquerque,* 232 F.3d 760, 766 (10th Cir. 2000) ("[N]either 28 U.S.C. § 636(b)(1) nor Fed. R. Civ. P. 72(b) requires the district court to make any specific findings; the district court must merely conduct a *de novo* review of the record.").

Accordingly, Plaintiff's Motion to Provide Specific Findings of Fact and Conclusions of Law in Regards to Order Adopting Report and Recommendation (*Doc. 58*) is DENIED.

IT IS SO ORDERED this 13th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE