**Transferred case has been opened**
**NEF**   to: InterDistrictTransfer_ARED                    10/13/2017 02:54 PM

```
CASE: 4:16-cv-00545

DETAILS: Case transferred from Arkansas Eastern
has been opened in Western District of Arkansas
as case 3:17-cv-03093, filed 10/13/2017.
```